JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:  (559) 445-0156

Attorney for Defendant
ANDRES CERVANTES

FILED
MAR 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search | ) | Search Warrant No. 1:10-SW-00242 DLB |
|---|---|---|
| of | ) | **ORDER FOR RETURN OF PROPERTY** |
| **42771 Road 128 OROSI, CALIFORNIA** | ) | |

GOOD CAUSE APPEARING, based on the Stipulation For Return Of Property,

**IT IS HEREBY ORDERED THAT:**

The California Department of Justice, Bureau of Narcotic Enforcement in Fresno, California shall deliver to John F. Garland, counsel for ANDRES CERVANTES, the following item, identified as Item Number **069-009** on Bureau of Narcotic Enforcement Report No. 69, Investigation Number BNE-FR-2010-00030 dated 06/22/2010.

Item Number **069-009**     ONE CRICKET CELL PHONE W/BATTERY
                            MODEL A300 ESN#802E9766

DATED: *March 28, 2011*

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1